THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MATIN A. SYED,

Plaintiff,

v.

BANK OF AMERICA, N.A.,
SUCCESSOR BY MERGER TO BAC
HOME LOANS SERVICING LP f/k/a
COUNTRYWIDE HOME LOANS
SERVICING L.P., *et al.*,

Defendants.

CASE NO. C16-1183-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' e-mail notice of settlement on March 27, 2017. The Clerk is DIRECTED to statistically close this case pending the submission of dismissal paperwork from the parties.

DATED this 29th day of March 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk